STATE v. TAYLOR

No. 657P86.

Case below: 83 N.C. App. 160.

Petition by defendant for writ of supersedeas and temporary stay denied 13 November 1986.

STATE v. TEASLEY

No. 554P86.

Case below: 82 N.C. App. 150.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 January 1987.

STATE v. TEASLEY

No. 661P86.

Case below: 83 N.C. App. 159.

Petition by defendant for writ of supersedeas and temporary stay denied 22 December 1986. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 January 1987.

STATE v. TRUEBLOOD

No. 568P86.

Case below: 82 N.C. App. 763.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

STATE v. WESTER

No. 608P86.

Case below: 82 N.C. App. 763.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 January 1987.